# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 26-cr-10133-LTS-JGD |
| | ) | |
| v. | ) | Violations: |
| | ) | |
| (1) PEDRAM FEJAL, | ) | Count One: Securities Fraud Conspiracy |
| | ) | (18 U.S.C. § 1349) |
| (2) BRIAN FENSTERSZAUB, | ) | |
| | ) | Count Two: Securities Fraud Conspiracy |
| (3) MARK FENSTERSZAUB, | ) | (18 U.S.C. § 371) |
| | ) | |
| (4) SIMON FENSTERSZAUB, | ) | Count Three: Securities Fraud; Aiding and |
| | ) | Abetting |
| (5) ILYA GAVRILOV, | ) | (18 U.S.C. §§ 1348 and 2) |
| | ) | |
| (6) BARUCH IGAL HATANIAN, | ) | Count Four: Securities Fraud; Aiding and |
| | ) | Abetting |
| (7) YISROEL HOROWITZ, | ) | (15 U.S.C. §§ 78j(b) and 78ff(a); 17 C.F.R. |
| | ) | § 240.10b-5; 18 U.S.C. § 2) |
| (8) GOD IZRAELOV, | ) | |
| | ) | Count Five: Money Laundering Conspiracy |
| (9) DAVID MORADI, | ) | (18 U.S.C. § 1956(h)) |
| | ) | |
| (10) NICOLO NOURAFCHAN, | ) | Counts Six through Eight: False Statements |
| | ) | (18 U.S.C. § 1001(a)(2)) |
| (11) DAVID OSTROV, | ) | |
| | ) | Count Nine: Obstruction of Justice |
| (12) YECHIEL SALZBERG, | ) | (18 U.S.C. § 1512(b)(3)) |
| | ) | |
| (13) ABRAHAM SHILIAN, | ) | Count Ten: Obstruction of Justice; Aiding |
| | ) | and Abetting |
| (14) GAVRYEL SILVERSTEIN, | ) | (18 U.S.C. §§ 1512(c)(1) and 2) |
| | ) | |
| (15) JOSEPH SUSKIND, and | ) | Forfeiture Allegation: |
| | ) | (18 U.S.C. § 981(a)(1)(C) and |
| (16) ROBERT YADGAROV, | ) | 28 U.S.C. § 2461(c)) |
| | ) | |
| Defendants | ) | Money Laundering Forfeiture Allegation: |
| | ) | (18 U.S.C. § 982(a)(1)) |
| | ) | |

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

Pursuant to Fed. R. Crim. P. 6(e)(4), the United States of America respectfully moves to unseal the Indictment, the arrest warrants, and all related paperwork in this matter.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Kaitlin R. O'Donnell*
KAITLIN R. O'DONNELL
IAN J. STEARNS
Assistant United States Attorneys

Date: May 6, 2026