| Query | Reports | Utilities | Help | What's New | Log Out |

CLOSED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CRIMINAL DOCKET FOR CASE #: 2:26-mj-02704-DUTY-1

Case title: USA v. Nourafchan            Date Filed: 05/06/2026

Date Terminated: 05/06/2026

Assigned to: Duty Magistrate Judge

**Defendant (1)**

| | |
|---|---|
| **Nicolo Nourafchan**<br>*TERMINATED: 05/06/2026* | represented by   **Eric S. Rosen**<br>Dynamis LLP<br>225 Franklin St., 26th Floor<br>Boston, MA 02110<br>617-802-9157<br>Email: erosen@dynamisllp.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**USA**                                       represented by **US Attorney's Office**
AUSA - Office of US Attorney
Criminal Division - US Courthouse
312 North Spring Street 12th Floor
Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

Email All Attorneys

Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 05/06/2026 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Nicolo Nourafchan, originating in the District of Massachusetts. Defendant charged in violation of: 18:1349, 371, 1348, 2, 1956(h), 1512(b)(3), 1512(c)(1); 15:78j(b), 78ff(a); 17:240.10b-5. Signed by agent Kevin Kroyer, FBI, Special Agent. filed by Plaintiff USA. (ctr) (Entered: 05/12/2026) |
| 05/06/2026 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Nicolo Nourafchan; defendants Year of Birth: 1982; date of arrest: 5/6/2026 (ctr) (Entered: 05/12/2026) |
| 05/06/2026 | 3 | Defendant Nicolo Nourafchan arrested on warrant issued by the USDC District of Massachusetts at Boston. (Attachments: # 1 District of Massachusetts)(ctr) (Entered: 05/12/2026) |
| 05/06/2026 | 4 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Nicolo Nourafchan. (ctr) (Entered: 05/12/2026) |
| 05/06/2026 | 5 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Alka Sagar as to Defendant Nicolo Nourafchan. Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations;see General Order 21-02 (written order). Defendant arraigned and states true name is as charged. Attorney: Eric S. Rosen for Nicolo Nourafchan, Retained, present. Special Appearance made by attorney Rebecca Abel. Court orders bail set as: Nicolo Nourafchan (1) 500,000, SEE CONDITIONS ON BOND. Defendant remanded to the custody of the US Marshal. Court orders defendant held to answer to District of Massachusetts. Bond to Transfer. AUSA to provide reporting date. Court Smart: 5/6/2026. (ctr) (Entered: 05/12/2026) |
| 05/06/2026 | 6 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant Nicolo Nourafchan. (ctr) (Entered: 05/12/2026) |
| 05/06/2026 | 7 | DECLARATION RE: PASSPORT filed by Defendant Nicolo Nourafchan, declaring that I have been issued a passport or other travel document(s), but they are not currently in my possession. I will surrender any passport or other travel document(s) issued to me, to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case. (ctr) (Entered: 05/12/2026) |

| 05/06/2026 | 8 | REDACTED AFFIDAVIT OF SURETIES (No Justification - Pursuant to Local Criminal Rule 46-5.2.8) in the amount of $500,000 by surety: Veronica Gentilli-Lidow for Filed by Defendant Nicolo Nourafchan (ctr) (Entered: 05/12/2026) |
| 05/06/2026 | 9 | SEALED UNREDACTED AFFIDAVIT OF SURETY (NO JUSTIFICATION) filed by Defendant Nicolo Nourafchan re: Affidavit of Surety (No Justification)(CR-4) 8 (ctr) (Entered: 05/12/2026) |
| 05/06/2026 | 10 | WAIVER OF RIGHTS approved by Magistrate Judge Alka Sagar as to Defendant Nicolo Nourafchan. (ctr) (Entered: 05/12/2026) |
| 05/06/2026 | 11 | WARRANT OF REMOVAL AND COMMITMENT by Magistrate Judge Alka Sagar that Defendant Nicolo Nourafchan be removed to the District of Massachusetts. (ctr) (Entered: 05/12/2026) |
| 05/07/2026 | 12 | PASSPORT RECEIPT from U. S. Pretrial Services as to Defendant Nicolo Nourafchan. USA passport was received on 5/6/2026. (ctr) (Entered: 05/12/2026) |
| 05/12/2026 | | Notice to District of Massachusetts of a Rule 5 or Rule 32 Initial Appearance as to Defendant Nicolo Nourafchan. Your case number is: 26-cr-10133. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 8 Affidavit of Surety (No Justification) (CR-4), 11 Warrant of Removal and Commitment to Another District, 7 Declaration re Passport (CR-37), 4 Notice of Request for Detention, 5 Initial Appearance - Arrest on Out of District Warrant - Rule 5(c)(3) (fka Rule 40),, 10 Waiver of Rights (Out-of-District)(M-14), 6 Advisement of Defendant's Statutory & Constitutional Rights (CR-10), 12 Passport Receipt. The Clerk will forward the passport to you If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (ctr) (Entered: 05/12/2026) |

Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov For Riverside criminal duty.

FILED

2026 MAY -6 AM 9:42

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

PLAINTIFF

CASE NUMBER **MJ 26-02704**

NICOLO NOURAFCHAN

USMS# _____

DEFENDANT

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 5/6/26 _____ at 6:05 ___ ☒ AM ☐ PM
   or
   The defendant was arrested in the N/A _____ District of ___ N/A ___ on N/A _____ at N/A ___ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:

   18 USC 1349; 371; 1348; 2; 1956(h); 1512(b)(3); 1512(c)(1); 15 USC 78j(b); 78ff(a); 17 CFR 240.10b-5

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes Language: _____

7. Year of Birth: 1982

8. Defendant has retained counsel: ☐ No
   ☒ Yes Name: Eric Rosen Phone Number: 617-802-9157

9. Name of Pretrial Services Officer notified: Duty

10. Remarks (if any): N/A

11. Name: Kevin Kroyer (please print)

12. Office Phone Number: 323-401-3026          13. Agency: FBI

14. Signature: *Kevin Kroyer*          15. Date: 5/6/26

CR-64 (09/20)          REPORT COMMENCING CRIMINAL ACTION

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER WAIER
Chief Assistant United States Attorney
Chief, Criminal Division
JULIAN J. XU (Cal. Bar. No. 341375)
Assistant United States Attorneys
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-0546
     E-mail:    julian.xu@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT

MAY – 6 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:26-MJ-02704-DUTY |
| Plaintiff, | GOVERNMENT'S NOTICE OF REQUEST FOR DETENTION |
| v. | |
| NICOLO NOURAFCHAN, | |
| Defendant. | |

Plaintiff, United States of America, by and through its counsel of record, hereby requests detention of defendant and gives notice of the following material factors:

☐ 1.    Temporary 10-day Detention Requested (§ 3142(d)) on the following grounds:

☐ a.    present offense committed while defendant was on release pending (felony trial),

☐ b.    defendant is an alien not lawfully admitted for permanent residence; and

☐ c. defendant may flee; or

☐ d. pose a danger to another or the community.

☒ 2. Pretrial Detention Requested (§ 3142(e)) because no condition or combination of conditions will reasonably assure:

☒ a. the appearance of the defendant as required;

☒ b. safety of any other person and the community;

☐ c. pretrial release conditions were violated.

☐ 3. Detention Requested Pending Supervised Release/Probation Revocation Hearing (Rules 32.1(a)(6), 46(d), and 18 U.S.C. § 3143(a)):

☐ a. defendant cannot establish by clear and convincing evidence that he/she will not pose a danger to any other person or to the community;

☐ b. defendant cannot establish by clear and convincing evidence that he/she will not flee.

☐ 4. Presumptions Applicable to Pretrial Detention (18 U.S.C. § 3142(e)):

☐ a. Title 21 or Maritime Drug Law Enforcement Act ("MDLEA") (46 U.S.C. App. 1901 et seq.) offense with 10-year or greater maximum penalty (presumption of danger to community and flight risk);

☐ b. offense under 18 U.S.C. §§ 924(c), 956(a), 2332b, or 2332b(g)(5)(B) with 10-year or greater maximum penalty (presumption of danger to community and flight risk);

☐ c. offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251,

2

2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4), 2260, 2421, 2422, 2423 or 2425 (presumption of danger to community and flight risk);

☐ d. defendant currently charged with an offense described in paragraph 5a - 5e below, AND defendant was previously convicted of an offense described in paragraph 5a - 5e below (whether Federal or State/local), AND that previous offense was committed while defendant was on release pending trial, AND the current offense was committed within five years of conviction or release from prison on the above-described previous conviction (presumption of danger to community).

☒ 5. Government Is Entitled to Detention Hearing Under § 3142(f) If the Case Involves:

☐ a. a crime of violence (as defined in 18 U.S.C. § 3156(a)(4)) or Federal crime of terrorism (as defined in 18 U.S.C. § 2332b(g)(5)(B)) for which maximum sentence is 10 years' imprisonment or more;

☐ b. an offense for which maximum sentence is life imprisonment or death;

☐ c. Title 21 or MDLEA offense for which maximum sentence is 10 years' imprisonment or more;

☐ d. any felony if defendant has two or more convictions for a crime set forth in a-c above or for an offense under state or local law that would qualify under a, b, or c

3

if federal jurisdiction were present, or a combination or such offenses;

☐ e. any felony not otherwise a crime of violence that involves a minor victim or the possession or use of a firearm or destructive device (as defined in 18 U.S.C. § 921), or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250;

☒ f. serious risk defendant will flee;

☐ g. serious risk defendant will (obstruct or attempt to obstruct justice) or (threaten, injure, or intimidate prospective witness or juror, or attempt to do so).

☐ 6. Government requests continuance of _____ days for detention hearing under § 3142(f) and based upon the following reason(s):

_____

_____

_____

_____

//
//
//
//
//
//
//
//
//
//

4

☐  7.  Good cause for continuance in excess of three days exists in that:

_____

_____

_____

_____

Dated: May 6, 2026

Respectfully submitted,

TODD BLANCHE
Acting Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER WAIER
Chief Assistant United States Attorney
Chief, Criminal Division


  /s/ Julian J. Xu
JULIAN J. XU
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | | ☑ LA ☐ RS ☐ SA   DATE FILED: 5/6/2026 |
|---|---|---|
| | PLAINTIFF | CASE NUMBER: 2:26-MJ-02704-DUTY ☐ **Under Seal** |
| | | INIT. APP. DATE: 5/6/2026   TIME: 1:30 PM |
| v. | | CHARGING DOC: Out of District Affidavit |
| NICOLO NOURAFCHAN | | DEFENDANT STATUS: In Custody |
| | | ☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT |
| | DEFENDANT. | VIOLATION: 18:1349 |
| | | COURTSMART/REPORTER: CS: 05/06/26 |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE  Alka Sagar | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

**PRESENT:** Alma Felix _____ Julian Xu _____ _____
 *Deputy Clerk*   *Assistant U.S. Attorney*   *Interpreter / Language*

☐ INITIAL APPEARANCE NOT HELD - CONTINUED

☑ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; <u>see</u> General Order 21-02 (written order).

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☐ preliminary hearing OR ☑ removal hearing / Rule 20.

☑ Defendant states true name ☑ is as charged ☐ is _____

☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.

☑ Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.

☑ Attorney: Eric S. Rosen _____ ☑ Retd. ☐ Apptd. ☐ Prev. Apptd. ☐ DFPD ☐ Panel ☐ Poss. Contribution
 Ordered (see separate order) ☑ Special appearance by: Rebecca Abel ☐ CJA 1-Day Provisional Appt _____

☑ Government's request for detention is: ☐ GRANTED ☐ DENIED ☑ WITHDRAWN ☐ CONTINUED

☐ Contested detention hearing is held. ☐ Defendant is ordered: ☐ Permanently Detained ☐ Temporarily Detained (see separate order)

☑ BAIL FIXED AT $ 500,000 **(SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)**

☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED

☐ Preliminary Hearing waived.   ☐ Class B Misdemeanor   ☐ Defendant is advised of maximum penalties

☐ This case is assigned to Magistrate Judge _____ . Counsel are directed to contact the clerk for the setting of all further proceedings.

☐ **PO/PSA WARRANT** ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.

☐ Preliminary Hearing set for _____ at _____ in Los Angeles

☐ Post-Indictment Arraignment set for: _____ at _____ in Los Angeles

☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED

☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED

☑ Defendant executed Waiver of Rights. ☑ Process received.

☑ Court ORDERS defendant Held to Answer to _____ District of Massachusetts
  ☑ Bond to transfer, if bail is posted. Defendant to report on or before AUSA to provide reporting date.
  ☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
  ☐ Warrant of removal and final commitment are ordered stayed until _____ .

☐ Case continued to (Date) _____ (Time) _____ ☐ AM / ☐ PM

☐ Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
  Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom _____

☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.

☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.

☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.

☑ Electronic Release Order issued (*if issued using Release Book:* Release <u>Order No.</u> E-Release 05/06/26

☐ Other:

*RECEIVED:* ☑ PSA ☑ PROBATION ☐ <s>FINANCIAL</s> ☑ CR-10 ☑ READY   Deputy Clerk Initials AF : 15

M-5 (11/25)      CALENDAR/PROCEEDINGS SHEET - LOCAL/OUT-OF-DISTRICT CASE      Page 1 of 1

## UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

**Case Name:** United States of America v. **Nicolo Nourafchan**

Case No. MJ26-2704

☑ Defendant ☐ Material Witness

Violation of Title and Section: **18:1349**

☐ Summons ☑ Out of District ☐ **UNDER SEAL** ☐ Modified Date: _____

*Check only one of the five numbered boxes below and any appropriate lettered box (unless one bond is to be replaced by another):*

1. ☐ Personal Recognizance (*Signature Only*)

2. ☐ Unsecured Appearance Bond
   $ _____

3. ☑ Appearance Bond
   $ 500,000
   (a). ☐ Cash Deposit (*Amount or %*) (*Form CR-7*)
   _____
   (b). ☑ Affidavit of Surety Without
   Justification (*Form CR-4*) Signed by:
   Veronica Gentilli Lidow (Mother)
   _____
   *To be replaced by no later than
   May 20, 2026 @ 12:00 p.m. with full
   deeding of property.
   _____
   _____
   _____
   _____

(c). ☑ Affidavit of Surety With Justification
   (*Form CR-3*) Signed by:
   Veronica Gentilli-Lidow (Mother)
   _____
   _____ Partial AF
   ☑ With ~~Full~~ Deeding of Property:
   of $ 500,000
   129 Channel Pointe Mall
   Marina Del Rey, CA 90292
   _____
   _____
   _____

4. ☐ Collateral Bond in the Amount of (*Cash
   or Negotiable Securities*):
   $ _____

5. ☐ Corporate Surety Bond in the Amount of:
   $ _____

Release Date: E-Release 05/06/26
☑ Released by:
AS / af
(*Judge / Clerk's Initials*)
☐ Release to U.S. Probation
   and Pretrial Services ONLY
☐ Forthwith Release
_____
_____
☑ All Conditions of Bond
   (*Except Clearing-Warrants
   Condition*) Must be Met
   and Posted by:
   May 20, 2026 @ 12:00 p.m.
☐ Third-Party Custody
   Affidavit (*Form CR-31*)
☑ Bail Fixed by Court:
   AS / af
   (*Judge / Clerk's Initials*)

## PRECONDITIONS TO RELEASE

☐ The government has requested a <u>Nebbia</u> hearing under 18 U.S.C. § 3142(g)(4).

☐ The Court has ordered a <u>Nebbia</u> hearing under § 3142 (g)(4).

☐ The <u>Nebbia</u> hearing is set for _____ at _____ ☐ a.m. ☐ p.m.

## ADDITIONAL CONDITIONS OF RELEASE

In addition to the GENERAL CONDITIONS of RELEASE, the following conditions of release are imposed upon you:

☑ Submit to United States Probation and Pretrial Services supervision as directed by Supervising Agency.

☑ Surrender all passports and travel documents to Supervising Agency no later than <u>DATE OF RELEASE</u>, sign a Declaration re Passport and Other Travel Documents (*Form CR-37*), and do not apply for a passport or other travel document during the pendency of this case.

☑ Travel is restricted to <u>Central District of California & District of Massachusetts</u> unless prior permission is granted by Supervising Agency to travel to a specific other location. Court permission is required for international travel as well as for any domestic travel if the defendant is in a Location Monitoring Program or as otherwise provided for below.

☑ Reside as approved by Supervising Agency and do not relocate without prior permission from Supervising Agency.

Defendant's Initials: NN   Date: 5/6/26

**Case Name**: United States of America v. Nicolo Nourafchan    Case No. MJ26-2704

■ Defendant    ☐ Material Witness

■ Maintain or actively seek employment unless excused by Supervising Agency for schooling, training, or other reasons approved by Supervising Agency. Verification to be provided to Supervising Agency. ■ Employment to be approved by Supervising Agency.

■ Avoid all contact, directly or indirectly (including by any electronic means), with any known victim or witness in the subject investigation or prosecution, ☐ including but not limited to _____ _____ ; ☐ except for _____ .

■ Avoid all contact, directly or indirectly (including by any electronic means), with any known codefendants except in the presence of counsel. Notwithstanding this provision, you may have contact with the following codefendants without your counsel present: Lorenzo Nourafchan (Brother) - cannot discuss this pending case. _____ .

■ Do not possess any firearms, ammunition, destructive devices, or other dangerous weapons. ☐ Surrender any such item as directed by Supervising Agency by _____ and provide proof to Supervising Agency. ■ In order to determine compliance, you agree to submit to a search of your person and property by Supervising Agency, which may be in conjunction with law enforcement.

☐ Do not use or possess any identification, mail matter, access device (including, but not limited to, credit and debit cards), or any identification-related material other than in your own legal or true name without prior permission from Supervising Agency.
☐ In order to determine compliance, you agree submit to a search of your person and property by Supervising Agency, which may be in conjunction with law enforcement.

☐ Do not engage in telemarketing.

■ Do not sell, transfer, or give away any asset valued at $ 10,000 or more without notifying and obtaining permission from the Court, except attorney fees _____ .

☐ Do not engage in tax preparation for others.

☐ Do not use alcohol. ☐ Submit to alcohol testing. If directed to do so, participate in outpatient treatment as approved by Supervising Agency. Testing may include any form of prohibited-substance screening or testing. You must pay all or part of the costs for testing based upon your ability to pay as determined by Supervising Agency.

☐ Do not use or possess illegal drugs or state-authorized marijuana. ☐ Submit to drug testing. Testing may include any form of prohibited-substance screening or testing. You must pay all or part of the costs for testing based upon your ability to pay as determined by Supervising Agency. If directed to do so, participate in outpatient treatment as approved by Supervising Agency.
☐ In order to determine compliance, you agree to submit to a search of your person and property by Supervising Agency, which may be in conjunction with law enforcement.

☐ Do not use for purposes of intoxication any controlled substance analogue as defined by federal law or any street, synthetic, or designer psychoactive substance capable of impairing mental or physical functioning more than minimally, except as prescribed by a medical doctor.

☐ Participate in residential substance abuse treatment as directed by Supervising Agency. You must pay all or part of the costs of treatment based upon your ability to pay as determined by Supervising Agency. ☐ **Release to Supervising Agency only.**

■ Participate in mental health treatment, which may include evaluation, counseling, or treatment as directed by Supervising Agency. You must pay all or part of the costs based upon your ability to pay as determined by Supervising Agency.

Defendant's Initials: _NN_    Date: _5/6/26_

**Case Name:** United States of America v. **Nicolo Nourafchan**          Case No. MJ26-2704

☑ Defendant          ☐ Material Witness

☐ Participate in the Location Monitoring Program marked below and abide by all of the requirements of the program and any indicated restrictions, under the direction of the Supervising Agency.  You must pay all or part of the costs of the program based upon your ability to pay as determined by the Supervising Agency.  You are financially responsible for any lost or damaged equipment.

### 1. Location Monitoring Restrictions (Select One)

☐ **Location Monitoring only - no residential restrictions**

☐ **Curfew**: Curfew requires you to remain at home during set time periods. **(Select One)**

    ☐ As directed by Supervising Agency; **or**

    ☐ You are restricted to your residence every day from _____ to _____

☐ **Home Detention**: Home detention requires you to remain at home at all times except for employment, education, religious services, medical needs or treatment, attorney visits, court appearances and obligations, essential needs, and _____ , all of which must be preapproved by the Supervising Agency.

☐ **Home Incarceration:** Home Incarceration requires you to be at home 24 hours a day except for medical needs or treatment, attorney visits, court appearances or obligations, and _____ , all of which must be preapproved by Supervising Agency.

### 2. Location Monitoring Technology (Select One)

☐ Location Monitoring technology at the discretion of the Supervising Agency.  (If checked, skip to 3)

☐ Location Monitoring **with** an ankle monitor (Select one below)

    ☐ at the discretion of the Supervising Agency **or**

    ☐ Radio Frequency (RF) **or**

    ☐ Global Positioning System (GPS)

**or**

☐ Location Monitoring **without** an ankle monitor (Select one below)

    ☐ at the discretion of the Supervising Agency **or**

    ☐ Virtual/Biometric (smartphone required to participate) **or**

    ☐ Voice Recognition (landline required to participate)

### 3. Location Monitoring Release Instructions (Select One)

☐ Release to Supervising Agency only **or** ☐ Enroll in the location monitoring program within 24 hours of release.

☐ You are placed in the third-party custody (*Form CR-31*) of _____ .

☐ Clear outstanding ☐ warrants or ☐ DMV and traffic violations and provide proof to Supervising Agency within ____ days of release from custody.

Defendant's Initials: _NN_     Date: _5/6/26_

**Case Name:** United States of America v. **Nicolo Nourafchan**  Case No.  MJ26-2704

■ Defendant  ☐ Material Witness

■ Possess and use only those digital devices, screen usernames, email accounts, social media accounts, messaging applications and cloud storage accounts, as well as any passwords or passcodes for all such digital devices and accounts, that you disclosed to Supervising Agency upon commencement of supervision.  You must disclose any new devices, accounts, application, passwords, or passcodes to Supervising Agency prior to the first use.  A digital device is any electronic system or device that can access, view, obtain, store, or transmit digital data. ■ In order to determine compliance, you agree to submit to a search of your person and property, including digital devices, by Supervising Agency, which may be in conjunction with law enforcement.

■ All digital devices will be subject to monitoring by Supervising Agency.  You must comply with the rules and regulations of the Computer Monitoring Program and must pay the cost of the Computer Monitoring Program.

☐ Do not use or possess more than one virtual currency wallet/account, and that one wallet/account must be used for all virtual currency transactions.  Do not obtain or open a virtual currency wallet/account without prior approval of Supervising Agency. You must disclose all virtual currency wallets/accounts to Supervising Agency when supervision starts and must make them available to Supervising Agency upon request.  You may use or possess only open public blockchain virtual currencies and are prohibited from using private blockchain virtual currencies unless prior approval is obtained from Supervising Agency. ☐ In order to determine compliance, you agree to submit to a search of your person and property, including computer hardware and software, which may be in conjunction with law enforcement.

**Cases Involving a Sex-Offense Allegation**

☐ Possess and use only those digital devices, screen usernames, email accounts, social media accounts, messaging applications and cloud storage accounts, as well as any passwords or passcodes for all such digital devices and accounts, that you disclosed to Supervising Agency upon commencement of supervision.  You must disclose any new devices, accounts, application, passwords, or passcodes to Supervising Agency prior to the first use.  A digital device is any electronic system or device that can access, view, obtain, store, or transmit visual depictions of sexually explicit conduct involving children. ☐ In order to determine compliance, you agree to submit to a search of your person and property, including digital devices, by Supervising Agency, which may be in conjunction with law enforcement.

☐ All digital devices will be subject to monitoring by Supervising Agency.  You must comply with the rules and regulations of the Computer Monitoring Program and must pay the cost of the Computer Monitoring Program.

☐ Do not associate or have verbal, written, telephonic, electronic, or any other communication with any person under the age of 18 except in the presence of the parent or legal guardian of the minor after you have notified the parent or legal guardian of the pending charges or convictions involving a sex offense and only as authorized by Supervising Agency

☐ Do not enter or loiter within 100 feet of schoolyards, parks, public swimming pools, playgrounds, youth centers, video arcade facilities, amusement and theme parks, or other places frequented by persons under the age of 18 and only as authorized to do so by Supervising Agency.

☐ Do not be employed by, affiliated with, own, control, or otherwise participate directly or indirectly in the operation of any daycare facility, school, or other organization dealing with the care, custody, or control of children under the age of 18.

☐ Do not view or possess child pornography or child erotica, including but not limited to pictures, photographs, books, writings, drawings, or videos depicting or describing child pornography. ☐ In order to determine compliance, you agree to submit to a search of your person and property, including computer hardware and software, by Supervising Agency, which may be in conjunction with law enforcement..

Defendant's Initials: _NN_  Date: _5/6/26_

CR-1 (1/24)  CENTRAL DISTRICT OF CALIFORNIA RELEASE ORDER AND BOND FORM  PAGE 4 OF 6

**Case Name:** United States of America v. **Nicolo Nourafchan**  Case No.  MJ26-2704

☒ Defendant    ☐ Material Witness

☒ Other conditions:

   - Defendant is subject to all the General Conditions of Release, a copy of which defendant must request from Pretrial Services.

   - Sureties are to be provided with a copy of the bond conditions, which will be provided by defense counsel.

   - Defendant is not to use encrypted messages applications.

## GENERAL CONDITIONS OF RELEASE

I will appear in person in accordance with any and all directions and orders relating to my appearance in the above entitled matter as may be given or issued by the Court or any judicial officer thereof, in that Court or before any Magistrate Judge thereof, or in any other United States District Court to which I may be removed or to which the case may be transferred.

I will abide by any judgment entered in this matter by surrendering myself to serve any sentence imposed and will obey any order or direction in connection with such judgment as the Court may prescribe.

I will immediately inform United States Probation and Pretrial Services and my counsel of any change in my contact information, including my residence and telephone number, including cell phone number, so that I may be reached at all times.

I will not commit a federal, state, or local crime during the period of release. I will inform Supervising Agency of law enforcement contact within 72 hours of being arrested or questioned by a law enforcement officer.

I will not intimidate any witness, juror, or officer of the court or obstruct the criminal investigation in this case. Additionally, I will not tamper with, harass, or retaliate against any alleged witness, victim, or informant in this case. I understand that if I do so, I may be subject to further prosecution under the applicable statutes.

I will cooperate in the collection of a DNA sample under 42 U.S.C. § 14135a.

Defendant's Initials: _____  Date: 5/6/26

CR-1 (1/24)    CENTRAL DISTRICT OF CALIFORNIA RELEASE ORDER AND BOND FORM    PAGE 5 OF 6

**Case Name:** United States of America v. **Nicolo Nourafchan**          Case No.  MJ26-2704

☒ Defendant          ☐ Material Witness

## ACKNOWLEDGMENT OF DEFENDANT/MATERIAL WITNESS

As a condition of my release on this bond, pursuant to Title 18 of the United States Code, I have read or have had interpreted to me and understand the general conditions of release, the preconditions, and the additional conditions of release and agree to comply with all conditions of release imposed on me and to be bound by the provisions of Local Criminal Rule 46-6.

Furthermore, it is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which will continue in full force and effect until such time as duly exonerated.

I understand that violation of any of the general and/or additional conditions of release of this bond may result in a revocation of release, an order of detention, and a new prosecution for an additional offense which could result in a term of imprisonment and/or fine.

I further understand that if I fail to obey and perform any of the general and/or additional conditions of release of this bond, this bond may be forfeited to the United States of America. If said **forfeiture is not set aside, judgment may be summarily entered in this Court against me and each surety, jointly and severally, for the bond amount, together with interest and costs. Execution of the judgment may be issued or payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States, and any cash or real or personal property or the collateral previously posted in connection with this bond may be forfeited.**

5/6/26

*Date*                    *Signature of Defendant / Material Witness*          *Telephone Number*

310 6794611

Los Angeles, CA

*City and State (**DO NOT INCLUDE ZIP CODE**)*

☐ **Check if interpreter is used**: I have interpreted into the _____ language this entire form and have been told by the defendant that he or she understands all of it.

_____          _____

*Interpreter's Signature*                                              *Date*

Approved: _____          _____

*United States District Judge / Magistrate Judge*                *Date*

If cash deposited: Receipt # _____ for $ _____

(This bond may require surety agreements and affidavits pursuant to Local Criminal Rule 46.)

Defendant's Initials: _____  Date: 5/6/26

CR-1 (1/24)          CENTRAL DISTRICT OF CALIFORNIA RELEASE ORDER AND BOND FORM          PAGE 6 OF 6

Rebecca M. Abel (Bar No. 298604)
Deputy Federal Public Defender
(E-mail: rebecca_abel@fd.org)
321 E. 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-7567



FILED
CLERK, U.S. DISTRICT COURT

MAY - 6 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>NICOLO NOURAFCHAN<br><br>Defendant. | CASE NUMBER:<br><br>2:26-MJ-02704<br><br>**ADVISEMENT OF DEFENDANT'S STATUTORY & CONSTITUTIONAL RIGHTS** |

You are in the United States District Court for the Central District of California because you have been charged with a crime against the United States or a violation of probation, supervised release, or pretrial release. The Court informs you that you have the following constitutional and statutory rights in connection with these proceedings:

You have the right to remain silent. Anything you say, sign, or write can be used against you in this or in any other case.

If you have not already received a copy of the charges, you will receive a copy today.

You have the right to hire and be represented by a lawyer of your choosing at each and every stage of these proceedings. If you cannot afford to hire a lawyer, you can apply to the Court to have a lawyer appointed to represent you for free from the office of the Federal Public Defender or the Indigent Defense Panel. The application for free counsel includes a financial affidavit, which you must sign under penalty of perjury. If you say something on the form that is not true or leave out material information, you could be charged with another crime, such as perjury or making a false statement.

If you are not a United States citizen, you may request that the prosecution notify your consular office that you have been arrested. Even without such a request, the law may require the prosecution to do so.

### IF YOU ARE MAKING YOUR INITIAL APPEARANCE BEFORE THE COURT

You have a right to a bail hearing in which the Magistrate Judge will determine whether you will be released from custody before trial. If you disagree with the Magistrate Judge's decision, you can appeal that decision to another Judge of this Court. You or the prosecutor can request that the bail hearing be continued to another day.

If you have been charged by complaint, you are entitled to a preliminary hearing within 14 days if the Magistrate Judge orders that you be detained pending trial, or 21 days if the Magistrate Judge orders that you be released pending trial. In a preliminary hearing, the prosecution will attempt to show that there is probable cause to believe that you committed the crime charged in the complaint. You will not be entitled to a preliminary hearing, however, if the prosecution obtains an indictment in your case before the time set for the preliminary hearing. (Most often, the prosecutors in the Central District of California present their cases to the grand jury before the time set for the preliminary hearing and, therefore, no preliminary hearing is held.)

### IF YOU ARE CHARGED WITH A VIOLATION OF
### YOUR CONDITIONS OF SUPERVISED RELEASE OR PROBATION

If you are charged with a violation of the terms and conditions of your supervised release or probation and the Magistrate Judge detains you, you have the right to a preliminary hearing before a Magistrate Judge.

CR-10 (06/18)      **ADVISEMENT OF DEFENDANT'S STATUTORY & CONSTITUTIONAL RIGHTS**      PAGE 1 OF 2

*continued on Page 2*

## IF YOU ARE CHARGED IN ANOTHER DISTRICT

If you have been arrested on a charge from another district, you are entitled to wait until the prosecution produces a copy of the warrant authorizing your arrest. You are also entitled to an identity hearing in which the prosecution would have the burden of proving there is probable cause to believe that you are the person named in the charges. If you are charged in a complaint from another district, you may request to have a preliminary hearing held in the charging district. If you are charged with a violation of a term of supervised release or probation imposed in another district, you have a right to a preliminary hearing, which may, depending on where the alleged violation occurred, be held either here or in the charging district.

If you want to plead guilty in the Central District of California, you may request to have your case transferred to this district. To proceed in this district, the United States Attorneys for this district and the charging district must agree to the transfer.

## IF YOU ARE APPEARING FOR ARRAIGNMENT

If you have been charged by indictment or information, you will be arraigned and may be asked to enter a not guilty plea today. After your arraignment, your case will be assigned to a District Judge of this Court for all further proceedings, unless a Judge has already been assigned.

You are entitled to a speedy and public trial by jury. The right to a jury trial can be waived.

You are entitled to see and hear the evidence and cross-examine the witnesses against you. You are entitled to the processes of the Court to subpoena witnesses on your behalf without cost to you if you are indigent. You do not have to prove your innocence. The prosecution has the burden to prove your guilt beyond a reasonable doubt.

---

**ACKNOWLEDGMENT OF DEFENDANT:**

I have read the above Advisement of Rights and understand it. I do not require a translation of this statement nor do I require an interpreter for court proceedings.

Dated: 05/06/2026

_____
Signature of Defendant

[or]

I have personally heard a translation in the _____ language read to me and understand the above Advisement of Rights.

Dated: _____

_____
Signature of Defendant

---

**STATEMENT OF THE INTERPRETER:**

I have translated this Advisement of Rights to the Defendant in the _____ language.

Dated: _____

_____
Signature of Interpreter

_____
Print Name of Interpreter

---

**STATEMENT OF COUNSEL:**

I am satisfied that the defendant has read this Advisement of Rights or has heard the interpretation thereof and that he/she understands it.

Dated: 05/06/2026

_____
Signature of Attorney

---

Rebecca M. Abel (Bar No. 298604)
Deputy Federal Public Defender
(E-mail: rebecca_abel@fd.org)
321 E. 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-7567



FILED
CLERK, U.S. DISTRICT COURT

MAY – 6 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> PLAINTIFF <br><br> v. <br><br> NICOLO NOURAFCHAN <br><br> DEFENDANT. | CASE NUMBER: <br><br> 2:26-MJ-02704 <br><br> **DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS** |

I, NICOLO NOURAFCHAN _____, declare that
*(Defendant/Material Witness)*

☐ I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

☑ I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

☐ I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

☐ My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ____6____ day of ____May____, 20_26_____
at _Los Angeles, CA_____
      *(City and State)*

X_____
*Signature of Defendant/Material Witness*

If the declarant is not an English speaker, include the following:

I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this form from English into _____ to declarant _____ on this date.

Date: _____          _____
                                                                      *Interpreter*

CR-37 (05/15)          DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS

Date Approved: 5/6/26 , Extension: 0546

By: Julian J. Xu

☐ PSA Officer *(for material witness only)* ☒ AUSA

Signature: _____

FILED
CLERK, U.S. DISTRICT COURT

MAY – 6 2026

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | CASE NUMBER |
| | PLAINTIFF, | 2:26-MJ-2704 |
| v. | | |
| Nicolo Nourafchan | | **AFFIDAVIT OF SURETY (NO JUSTIFICATION)** |
| | DEFENDANT(S). | |

I, the undersigned surety, state on oath that I permanently reside within the jurisdiction of the United States District Court for the Central District of California at the address indicated below or in (City, State):

_____

I further state that I understand the provisions of the bond executed by the above-named defendant for which this affidavit supports, and I agree to be bound as a condition of this bond by the provisions of Local Criminal Rule 46-6 as set forth at the bottom of this document and further acknowledge and agree that I and my personal representatives are bound as a condition of this bond, jointly and severally with the defendant and other sureties, to pay to the United States of America the sum of $ **500,000** , in the event that the bond is forfeited.

I further understand that it is my obligation to inform the Court and counsel of any change in residence address or employment of the defendant immediately upon becoming aware of such fact.

I further agree and understand that, unless otherwise ordered by the Court, the bond for which this affidavit supports is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned is duly exonerated by Order of the Court.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on this _____ 6 _____ day of _____ May _____, 20 **26** .

Veronica Gentilli-Lidow
Name of Surety

Signature of Surety

Mother
Relationship of Surety

X X X - X X - ███████ 5449
Social Security Number of Surety *(Last 4 digits only)*

███████
Address of Surety

TOPANGA CA, ███████
City, State, Zip Code

---

*Local Criminal Rule 46-6*

*Bond - Summary Adjudication of Obligation*

*A bond or undertaking presented for filing shall contain consent of the principal and surety that, in case of default or contumacy on the part of the principal or surety, the Court, upon ten (10) days notice, may render a judgment summarily in accordance with the obligation undertaken and issue a writ of execution upon such judgment. An indemnitee or party in interest seeking a judgment on a bond or undertaking shall proceed by Motion for Summary Adjudication of Obligation and Execution. Service may be made on a corporate surety as provided in 31 U.S.C. § 9306.*

CR-04 ( 02/09) **AFFIDAVIT OF SURETY (NO JUSTIFICATION)**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, **PLAINTIFF** | CASE NUMBER: |
| v. | 2:26-MJ-02704 |
| NICOLO NOURAFCHAN | **WAIVER OF RIGHTS (OUT OF DISTRICT CASES)** |
| **DEFENDANT.** | |

I understand that charges are pending in the _____ District of _____ Massachusetts _____ alleging violation of _____ 18 USC 1349 _____ and that I have been arrested in this district and

*(Title and Section / Probation / Supervised Release)*

taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:

    (1)    have an identity hearing to determine whether I am the person named in the charges;

    (2)    arrival of process;

*-Check one only-*

☑ **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**

    (3)    have a preliminary hearing (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

    (4)    request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

☐ **PROBATION OR SUPERVISED RELEASE CASES:**

    (3)    have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

## I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:

    ☐    have an identity hearing
    ☑    arrival of process
    ☐    have a preliminary hearing
    ☑    have an identity hearing, and I have been informed that I have no right to a preliminary hearing
    ☐    have an identity hearing, but I request that a preliminary hearing be held in the prosecuting district.

X _____
Defendant

_____
Defense Counsel

Date: 05/06/2026 _____

_____
United States Magistrate Judge

I have translated this Waiver to the defendant in the _____ language.

Date: _____

_____
Interpreter(if required)

FILED
CLERK, U.S. DISTRICT COURT

MAY – 6 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

M-14 (09/09)           **WAIVER OF RIGHTS (OUT OF DISTRICT CASES)**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | | CASE NUMBER: | |
|---|---|---|---|
| | PLAINTIFF(S) | MJ26-02704 | |
| v. | | | |
| Nicolo Nourafchan, | | **FINAL COMMITMENT AND WARRANT OF REMOVAL** | |
| | | _____ District of ____Massachusetts____ | |
| | DEFENDANT(S). | At _____ Boston _____ | |
| | | *(City)* | |

**To: United States Marshal for the Central District of California**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after the filing of a(n):

☑ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court

☐ Pretrial Release Violation Petition  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

☑ in violation of Title _18_ United States Code, Section (s) _1349_

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

The defendant has now:

☑ duly waived arrival of process.
☑ duly waived identity hearing before me on _May 6, 2026_ .
☐ duly waived preliminary hearing before me on _____ .
☐ had a preliminary hearing before me on _____ , and it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☐ had an identity hearing before me on _____ , and it appears that the defendant is the person named as charged, and:
    ☑ Bail has been set at $ _10,000.00_ but has not been posted.
    ☐ No bail has been set.
    ☐ Permanent detention has been ordered.
    ☐ Temporary detention has been ordered.

| May 6,2026 | / s / Alka Sagar |
|---|---|
| Date | United States Magistrate Judge |

## RETURN

Received this commitment and designated prisoner on _____ , and on _____ , committed him to _____ and left with the custodian at the same time a certified copy of the within temporary commitment.

United States Marshal, Central District of California

| Date | Deputy |
|---|---|

M-15 (01/09)          **FINAL COMMITMENT AND WARRANT OF REMOVAL**

# United States Probation & Pretrial Services

United States District Court
Central District of California

**FILED**
CLERK, U.S. DISTRICT COURT
05/07/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: GSA DEPUTY

Brian D. Karth
District Court Executive / Clerk of Court



Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer

PACTS No: 11046343

## Passport Receipt

Defendant Name: Nicolo Nourafchan

Name on passport, if different: Nourafchan, Nicolo Norola

Country of Origin: USA

Defendant Name: Nourafchan, Nicolo Nourolan

County of Orgin: Repubblica Italian

Ordered by court in the Central District of California

Docket Number: 2:26-02704M-1

U.S. Probation & Pretrial Services
Headquarter

Edward R. Roybal Federal Building
and U.S. Courthouse
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-3332
Phone 213-894-4726 / Fax 213-894-0231

Vicki Podberesky
_____
Surrendered By

Susana Marrujo
_____
Received By

05/06/2026
_____
Date

05/06/02026
_____
Date

_____
Returned To

_____
Date

_____
Surrendered By

_____
Date

_____
Purpose Returned

_____
Address (if mailed)

Edward R. Roybal Federal Building & U.S. Courthouse, 255 East Temple Street, Suite 1410, Los Angeles, CA 90012 / 213-894-4726 phone, 213-894-0231 fax