UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
26-10133-LTS

UNITED STATES OF AMERICA

v.

BARUCH IGAL HATANIAN

**INITIAL SCHEDULING ORDER**

May 26, 2026

DEIN, M.J.

The above named defendant has been arraigned before this court on **May 26, 2026**, and has elected to proceed under the automatic discovery rules, without prejudice to his right to move to sever his case and discovery schedule from other defendants.  Accordingly, the parties shall comply with their discovery obligations set forth in the Local Rules, D. Mass. ("LR") 116.1 through 116.4.  Furthermore, it is HEREBY ORDERED that:

1.    In light of the voluminous discovery to be produced by the government, the government shall produce a table of contents in accordance with LR 116.10 and shall produce statements made by the defendant early in its production, to the extent possible.

2.    Pursuant to LR 116.1(f) the date for the completion of Automatic Discovery under LR 116.1(c) and for the disclosure of exculpatory evidence under LR 116.2(b)(1) is **July 27, 2026**.  The parties are reminded of their obligation under LR 116.1(f) to notify the court as soon as practicable of any issues that require an alternative discovery schedule.

3.    The Initial Status Conference will be held on **August 12, 2026, at 10:30 AM in Courtroom #16 on the 5th Floor**.[1]  The Joint Memorandum addressing those

---

[1]  Defendants are not required to be present at the Initial Status Conference.  Inasmuch as this court concludes that the Initial Status Conference is not a critical proceeding within the meaning of Fed. R. Crim. P. 43, defendants in custody will not be transported to court for the Initial Status Conference absent a showing of exceptional cause on motion duly filed in advance of the Initial Status Conference.  See Fed. R. Crim. P. 43(c)(3).

-2-

items set forth in LR 116.5(a) shall be filed on or before the close of business on **August 7, 2026**.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

-2-