**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Pedram Fejal, et al.,<br><br>Defendants. | Cr. No. 26:10133-LTS |

**DEFENDANT JOSEPH SUSKIND'S ASSENTED TO MOTION TO CLARIFY AND MODIFY CONDITIONS OF RELEASE**

Defendant Joseph Suskind moves that the Court clarify and modify his conditions of release as set by the court in the Southern District of Florida. The Government assents to this motion. A copy of the Florida set of conditions is attached as Exhibit A. Mr. Suskind seeks clarifications and modifications with respect to (1) travel, (2) contacts with members of his sister's extended family, (3) encumbering real estate, and (4) use of Messaging Apps.

**Travel**

Mr. Suskind lives in the Miami-area with his wife. He has lived in Miami for over 10 years. He has lived his entire life in the United States and has only U.S. citizenship. Two of the Conditions in the Florida Court's Order deal with travel. Condition 2 limits Mr. Suskind's travel to the Southern District of Florida, absent an order of the Court. Special Condition of Bond (u) allows Mr. Suskind to travel to Massachusetts upon prior notice to pretrial services. It also allows him to travel to business locations "with approval."

Mr. Suskind owns a small business that does insurance adjusting. It has several employees and does business in multiple states. His employees do most of the travel, but he sporadically needs to travel to respond to business situations. In addition, he needs to travel to

Massachusetts to meet with counsel and for Court appearances.   Thus, he asks the Court to modify Conditions (2) and (u) to state:

> Mr. Suskind shall limit all personal travel to the Southern District of Florida, absent permission of the Court.  He may travel for work to Connecticut, Florida, Georgia, New Jersey, New York, Pennsylvania and Texas upon providing prior notice to pretrial services and receiving approval.  For any other business travel in the United States, he shall seek permission of Court.  He may travel to Massachusetts to attend court or meet with his counsel upon providing prior notice to pretrial services.

**Contacts with Family Members Who are Witnesses or Defendants**

Special Conditions (i) and (j) state Mr. Suskind must avoid contacts with witnesses and co-defendants but notes the limitation on co-defendants expressly does not apply to "related" persons.  He asks the Court to clarify that this exception allows him to have contacts with witnesses and co-defendants who are members of his sister's extended family so long as they do not discuss this case outside the presence of counsel.

**Real Estate Assets**

Special Condition (l) limits Mr. Suskind from encumbering any real estate asset.  The purpose was to ensure there was $50,000 in equity to satisfy the Personal Bond should he fail to appear in Court.  He may need to encumber or refinance some of his assets to provide for business and investment needs, and pay for legal services.  He is not a risk of flight.  Mr. Suskind moves that the Court delete this limitation.

**Messaging Apps**

Special Condition (v) prohibits Mr. Suskind from using "messaging encrypted applications."  Some of his clients and business contacts use WhatsApp.  He asks for permission

to use WhatsApp for personal and business communications.  He will refrain from using any other encrypted messaging applications.


 Dated: May 29, 2026

/s/ *Michael Kendall*
Michael Kendall (BBO # 544866)
Daniel Medici (BBO# 705650)
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
Telephone: (617) 979-9310
michael.kendall@whitecase.com
dan.medici@whitecase.com


Assented to:


Kaitlin O'Donnell
Assistant U.S. Attorney


## CERTIFICATE OF SERVICE

This document is being filed on the date appearing in the header through the ECF system, which will provide electronic copies to counsel of record.

/s/ *Michael Kendall*
Michael Kendall

3