UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------X

UNITED STATES OF AMERICA,

     -v-

                            **No.  26 CR 10133 (LTS)**

ABRAHAM SHILIAN,

          Defendant.

--------------------------------------X

**ASSENTED TO MOTION TO**
**MODIFY CONDITIONS OF RELEASE BY ABRAHAM SHILIAN**

Defendant Abraham Shilian respectfully submits this motion pursuant to 18 USC §3142 (c)(B)(3) requesting modifications to his conditions of release pending trial. The government and the Defense have discussed the requested modifications and the government assents to these requests.

Mr. Shilian initially appeared in the Eastern District of New York, where the Court imposed conditions of release including an unsecured bond, Standard Conditions of Bond, and Special Conditions of Bond. (*See* Exhibit A). The conditions restrict Mr. Shilian's travel to the Eastern District of New York, the Southern District of New York and the District of Massachusetts for court appearances.

Mr. Shilian requests two modifications to his conditions of release to permit him to travel (*See* Exhibit A, Conditions of Release 7(d)).

First, Mr. Shilian requests a modification of the conditions of release 7(d) that will permit him to travel to Baltimore, Maryland on a weekly basis between June 15, 2026, and August 21,

2026. Mr. Shilian makes this request because prior to his May 6, 2026, arrest in this matter, he and his wife intended to spend most of the summer in Baltimore where Mrs. Shilian's sister, brother-in-law, and their children reside. In anticipation of these plans, the Shilians registered and paid deposits to reserve spaces for their two oldest children for day camps in the Baltimore area. While in Baltimore, Mr. Shilian planned to return to New York City approximately once per week for 1-2 days for business purposes. Accordingly, if the Court grants this motion, Mr. Shilian will return to New York City approximately once per week for business purposes.

Counsel for Mr. Shilian previously provided the government with the names of the summer camps and verification of registration and deposits paid prior to Mr. Shilian's arrest. Counsel for Mr. Shilian has also provided the government with the address of the rental home in Baltimore, Maryland that Mr. Shilian rented for his family for the summer. The government assents to Mr. Shilian's request on the basis of this information and with the understanding that Pretrial Services in the District of Maryland will provide courtesy supervision when Mr. Shilian is in Maryland.

Pretrial Services has no objection so long as the Court approves, Pretrial Services in Baltimore, Maryland provides courtesy supervision, and Mr. Shilian provides Pretrial Services with advance notice of his travel to Baltimore and his location in Baltimore and then advises Pretrial Services of his travel back to his residence in New York City.

Second, Mr. Shilian requests a modification to his conditions of release 7(d) permitting him to travel to New Jersey from early evening on June 24, 2026, to early morning June 25, 2026, to attend a wedding to be held in Aberdeen, New Jersey at an address previously provided to the government and Pretrial Services. Pretrial Services has no objection to Mr. Shilian traveling to New Jersey so long as the Court approves, Mr. Shilian provides their office with prior notice of dates of travel and with the specific location.

WHEREFORE, Mr. Shilian respectfully requests that the Court allow his motion.

Dated: June 05, 2026                                Respectfully Submitted,


Andrea Zellan
*Attorney for Defendant*
*Abraham Shilian*

Sarafa Zellan PLLC 43 W43rd St.
Suite 370
New York, NY 10036
Phone: 212-785-7577
azellan@sarafazellan.com



/S

Matthew Thompson
*Attorney for Defendant*
*Abraham Shilian*

Butters Brazilian LLP
420 Boylston Street, 4th Floor
Boston, Massachusetts 02116
Phone: (617) 367-2600
thompson@buttersbrazilian.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that this document filed on June 5, 2026, is filed through the Court's ECF system, and will automatically be sent electronically to all Counsel of record as identified on the CM/ECF system.

Andrea Zellan

Sarafa Zellan PLLC
43 West 43rd St.
Suite 370
New York, NY 10036
Phone: 212-785-7577
azellan@sarafazellan.com

**RULE 7.1 CERTIFICATE**

The undersigned certifies that defense counsel conferred with counsel for the government regarding this motion.  On June 5, 2026, at 3:47pm an attorney for the government agreed via email communication that defense counsel could file this motion as an assented-to motion. Defense counsel and attorneys for the government have agreed to the requested modifications.

Andrea Zellan

Sarafa Zellan PLLC
43 West 43rd St.
Suite 370
New York, NY 10036
Phone: 212-785-7577
azellan@sarafazellan.com