UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

                                               **No.  26 CR 10133 (LTS)**

ABRAHAM SHILIAN,

               Defendant.

--------------------------------------X

**ASSENTED TO MOTION TO
MODIFY CONDITIONS OF RELEASE BY ABRAHAM SHILIAN**

Defendant Abraham Shilian respectfully submits this motion pursuant to 18 USC §3142 (c)(B)(3) requesting modifications to his conditions of release pending trial. The government and the Defense have discussed the requested modification and the government assents to this request.

Mr. Shilian initially appeared in the Eastern District of New York, where the Court imposed conditions of release including an unsecured bond, Standard Conditions of Bond, and Special Conditions of Bond. (*See* Exhibit A). The conditions restrict Mr. Shilian's travel to the Eastern District of New York, the Southern District of New York and the District of Massachusetts for court appearances.

Mr. Shilian requests a modification of the conditions of release 7(d) to permit him to travel to Lakewood, New Jersey on June 15, 2026, to an address previously provided to the government and Pretrial Services. The purpose of the travel is to attend the Bris of his nephew,

born to his wife's sister last week.[1]

Pretrial Services has no objection to Mr. Shilian traveling to Lakewood, New Jersey on June 15, 2026, to the previously provided address so long as the Court grants this assented to motion.

WHEREFORE, Mr. Shilian respectfully requests that the Court allow his motion.

Dated: June 12, 2026                                        Respectfully Submitted,

Andrea Zellan
*Attorney for Defendant*
*Abraham Shilian*

Sarafa Zellan PLLC 43 W43rd St.
Suite 370
New York, NY 10036
Phone: 212-785-7577
azellan@sarafazellan.com

---

[1]On May 27, 2026 Mr. Shilian also requested permission to travel to Lakewood, NJ for a Bris.  That Bris was for an infant born to his sister and her family.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that this document was filed on June 12, 2026, through the Court's ECF system, and will therefore automatically be sent electronically to all Counsel of record as identified on the CM/ECF system.

Andrea Zellan

Sarafa Zellan PLLC
43 West 43rd St.
Suite 370
New York, NY 10036
Phone: 212-785-7577
azellan@sarafazellan.com

## <u>RULE 7.1 CERTIFICATE</u>

The undersigned certifies that defense counsel conferred with counsel for the government regarding this motion.  On June 12, 2026, an attorney for the government stated via email communication at 12:19pm that defense counsel could submit this request as an assented to motion.  Defense counsel and the attorney for the government have agreed to this requested modification.

Andrea Zellan

Sarafa Zellan PLLC
43 West 43rd St.
Suite 370
New York, NY 10036
Phone: 212-785-7577
azellan@sarafazellan.com