UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No.: 26-cr-10133-LTS |
| | ) | |
| GAVRYEL SILVERSTEIN | ) | |

ASSENTED TO MOTION TO MODIFY
CONDITIONS OF RELEASE

Counsel for the above named defendant, Gavryel Silverstein moves this Court to modify conditions of pretrial release in this matter. Mr. Silverstein was released on bond with standard and special conditions of release on May 6, 2026, set by the Southern District of Florida. *See*, Rule 5(c)(3) Doc. at Dkt. 18 (Attached as Exhibit A). These conditions were adopted and continued by this court in the District of Massachusetts on June 1, 2026. Mr. Silverstein now seeks to modify condition (v) which states:

"Comply with the following additional conditions of bond: no use of encrypted messaging applications, only use personal devices."  Dkt. 18, page 4 of 7, Attached as Exhibit A.

Mr. Silverstein seeks to modify this condition with the following language:

"Comply with the following additional conditions of bond: no use of encrypted apps, however, you may use Whattsapp for business and personal matters, provided it is not in violation of any other condition of release."

As grounds, Mr. Silverstein uses the messaging application WhatsApp for his employment and requests that the Court modify the conditions to permit personal and business communication via WhatsApp. All other conditions to remain in effect.

Counsel represents that she has conferred with the government about this motion and the government assents to this modification, as well as the specific language suggested above.

GAVRYEL SILVERSTEIN
By his attorney,


*/s/ Cara McNamara*
Cara McNamara
BBO # 712096
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061


## CERTIFICATE OF SERVICE

I, Cara McNamara, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 18, 2025.


*/s/ Cara McNamara*
Cara McNamara