**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal No. 22-cr-10133-LTS |
| MARK FENSTERSZAUB, | ) | |
| | ) | |
| Defendant. | ) | |

**ASSENTED-TO MOTION FOR MODIFICATION OF PRE-TRIAL RELEASE**

Mark Fensterszaub, through undersigned counsel, hereby files this assented-to motion for a temporary modification to his pre-trial release conditions:

> Mr. Fensterszaub shall be permitted to travel with his family for holiday vacation to the Middle District of Florida on September 29, 2026 to October 1, 2026. Mr. Fensterszaub shall provide his pre-trial services officer with a copy of his travel itinerary.

As set forth in the attached certification, undersigned counsel has conferred with government counsel in this matter who have assented to the relief requested in this motion. In addition, I have communicated with Mr. Fensterszaub's Pre-Trial Services Officer (Nelson Valenzuela) and he indicated that he defers to the government's position in this matter.

Accordingly, counsel requests that the motion be granted.

Respectfully Submitted,

*/s/ Steven Y. Yurowitz*
Steven Y. Yurowitz
YurowitzLaw PLLC
950 Third Avenue, 31st Floor
New York, NY 10022
212-308-7900
syurowitz@yurowitzlaw.com

Dated: September 28, 2026

**CERTIFICATE OF SERVICE AND CONFERENCE**

I hereby certify that on September 28, 2026, I electronically filed the foregoing document with the clerk of court by using the CM/ECF system which will send the notice of electronic filing to all attorneys of record. I also certify that I conferred with government counsel, who assent to the request, and that Pre-Trial services defers to the government on this request.

*/s/ Steven Y. Yurowitz*
Steven Y. Yurowitz